IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| v. | : Case No. 3:24-cv-06546-RK-RLS |
| ROSENBLUM FAMILY LIMITED PARTNERSHIP, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this 21st day of February 2025,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Dennis Maurer*

/s/ Arthur M. Owens
Arthur M. Owens, Esq.
Clark Guldin
20 Church Street, Suite 15
Montclair, NJ 07042
(973) 314-1967
aowens@clarkguldin.com
*Attorney for Defendant,*
*Rosenblum Family Limited Partnership*

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** 2/24/25